United States District Court
Northern District of California

1

2

3                    UNITED STATES DISTRICT COURT

4                  NORTHERN DISTRICT OF CALIFORNIA

5                          SAN JOSE DIVISION

6

7    HISHAM ZOABY,                          Case No.  14-cv-01545-BLF

              Plaintiff,

8

9         v.                               **ORDER CONTINUING HEARING ON
                                           MOTION TO DISMISS**

10   JPMORGAN CHASE BANK, N.A.,

              Defendant.

11

12

13        The Court is in receipt of Plaintiff's "Motion to Present His Case Heard and Object to

14   Defendants Notice of Motion and Motion to Dismiss," filed June 2, 2014.  (Pl.'s Mot., ECF 23)

15   Plaintiff appears to have filed a nearly identical motion on May 9, 2014, before this case was

16   reassigned to the undersigned.  (*See* ECF 18)

17        Plaintiff appears to be requesting that the hearing on Defendant's Motion to Dismiss—

18   presently scheduled for July 3, 2014—be continued to the end of July.  Defendant opposes

19   Plaintiff's request on the ground that it is too vague, but Defendant does not state that this brief

20   continuance would be prejudicial.  (Def.'s Opp. 2:13-16, ECF 24)  As such, and in view of

21   Plaintiff's *pro se* status, the Court finds good cause to grant Plaintiff's request.

22        The hearing on Defendant's Motion to Dismiss is hereby continued to:

23        **July 31, 2014** at **9:00 a.m.**

24   The hearing will be held in Courtroom 3, on the 5th Floor of the San Jose Courthouse.  This is not

25   a trial date—the hearing will only be on the parties' arguments with respect to Defendant's Motion

26   to Dismiss.

27

28

The Court further advises Plaintiff that he may benefit from contacting the Federal Legal Assistance Self-Help Center at the San Jose Courthouse (FLASH).  Appointments can be made Mondays through Wednesdays by calling (408) 297-1480.

**IT IS SO ORDERED.**

Dated: June 12, 2014

BETH LABSON FREEMAN
United States District Judge